# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Michigan

In re: Geoffry Jay Wyszynski          Case No. 10-74166-mbm
                                      Chapter 7
                                      Hon. Marci B. McIvor
           Debtor.
_____/

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

[ ]   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

[X]   IT IS FURTHER ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ ___100.00___     Check one [ ] With the filing of the petition, or
                           [X] On or before ___11/23/2010___

$ ___100.00___ on or before ___12/15/2010___
$ ___99.00____ on or before ___1/15/2011____
$ _____  on or before _____

[X]   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                BY THE COURT

Signed on November 15, 2010

                                /s/ Marci B. McIvor
                                Marci B. McIvor
                                United States Bankruptcy Judge